**James Morris JACKSON,
Plaintiff—Appellant,**

v.

**PALACIOS, Correctional Officer; et
al., Defendants—Appellees.**

No. 08–56869.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.\*

Filed Jan. 11, 2010.

James Morris Jackson, Represa, CA,
pro se.

---

\* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

Michelle Des Jardins, Supervising Deputy Attorney General, Office of the California Attorney San Diego, CA, for Defendants–Appellees.

Before: GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

### MEMORANDUM **

James Morris Jackson, a California state prisoner, appeals pro se from the district court's judgment in his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies pursuant to the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to exhaust, and for clear error its factual determinations, *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir.2003), and we affirm.

The district court properly dismissed the action because Jackson's failure to submit an appeal within the fifteen-working-day deadline did not constitute proper exhaustion. *See Woodford v. Ngo,* 548 U.S. 81, 83–84, 95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (holding that "proper exhaustion" under 42 U.S.C. § 1997 is mandatory and cannot be satisfied "by filing an untimely or otherwise procedurally defective administrative grievance or appeal"); *see also* Cal.Code Regs. tit. 15, § 3084.6(c) (providing that an inmate must submit an administrative appeal within fifteen working days of the event or decision being appealed).

Jackson's remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).